Opinion adopted by the Supreme Court.

## JAMES v. STATE.
### No. 23123.

Court of Criminal Appeals of Texas.

May 9, 1945.

Alex P. Pope, of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Upon a plea of guilty before the court to a charge of selling intoxicating liquor in dry area appellant was fined one hundred dollars.

The proceedings appear to be regular. The record is here without statement of facts or bills of exception.

The judgment is affirmed.

## JAMES v. STATE.
### No. 23124.

Court of Criminal Appeals of Texas.

May 9, 1945.

Alex P. Pope, of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction upon a plea of guilty before the court upon a charge of selling whisky in dry area. Punishment, a fine of $150.

The proceedings appear regular. No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.